**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 525 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 3035 EDA 2016 entered on August |
| | : | 22, 2017, **affirming** the Judgment of |
| ELI O. GOMEZ, | : | Sentence of the Philadelphia County |
| | : | Court of Common Pleas at No. CP-51- |
| Petitioner | : | CR-0007943-2014 entered on April |
| | : | 14, 2016 |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2018, upon consideration of the Petition for Allowance of Appeal in the above captioned case, the decision of the Superior Court is **VACATED** and the case is **REMANDED** for further review. In so doing, the Superior Court shall determine, by remand to the trial court if necessary, whether the omission of the transcripts was attributable to Petitioner or a breakdown in the court system. *See Commonwealth v. Almodorar*, 20 A.3d 466 (Pa. 2011); *Commonwealth v. Williams*, 715 A.2d 1101 (Pa. 1998).